O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENIA CHAVARRIA, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RALPHS GROCER COMPANY, an Ohio corporation,<br><br>　　　　　Defendant. | Case No. CV 11-02109 DDP (VBKx)<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR RELIEF FROM LOCAL RULE 23-3**<br><br>[Motion filed on 7/18/11] |

Presently before the court is Plaintiff's *Ex Parte* Application for Relief from Local Rule 23-3. *Ex parte* relief is generally disfavored when relief may be had through a regularly-noticed motion. Mission Power Eng'g Co. v. Cont'l Cas. Co., 883 F. Supp. 488, 492 (C.D. Cal. 1995). However, having considered the submissions of the parties, the court concludes that, in this instance, Plaintiff has adequately shown good cause for *ex parte*

*///*

*///*

relief. (See id.)  Accordingly, Plaintiff is relieved from Local Rule 23-3.  The deadline for Plaintiff's Motion for Class Certification shall be set at the Scheduling Conference.

IT IS SO ORDERED.

Dated: July 26, 2011

DEAN D. PREGERSON
United States District Judge