JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENIA CHAVARRIA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RALPHS GROCERY COMPANY, an Ohio Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV11-02109 DDP (VBKx)<br><br>[Assigned For All Purposes to Hon. Dean D. Pregerson]<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Compl. Filed: March 11, 2011<br>Trial Date: Not Set. |

The Court, having considered Plaintiff Chavarria's and Defendant Ralphs Grocery Company's Stipulation RE: Dismissal of Entire Action With Prejudice, the Parties' Stipulation is GRANTED, and IT IS HEREBY ORDERED that:

The above-entitled action is dismissed with prejudice in its entirety. Each party to bear her/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 21, 2014

Hon. Dean D. Pregerson
United States District Judge